IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY WAYNE MILLS,<br>TDCJ No. 02262147,<br><br>     Petitioner,<br><br>V.<br><br>DIRECTOR, TDCJ-CID,<br><br>     Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:26-cv-775-S-BN |

## **ORDER**

Petitioner Jeremy Wayne Mills filed this action for federal habeas relief under 28 U.S.C. § 2254. *See* Dkt. Nos. 3, 4. The presiding United States district judge referred the case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Mills filed motions for leave to proceed *in forma pauperis* ("IFP"). *See* Dkt. Nos. 6, 10, 11. And the undersigned entered findings of fact, conclusions of law, and recommendation that the Court deny the IFP motions and order that Mills pay the filing fee (the "FCR"). *See* Dkt. No. 12. And in response, Mills paid the filing fee.

Because the filing fee has been paid, the undersigned WITHDRAWS the FCR [Dkt. No. 12] and the IFP motions [Dkt. Nos. 6, 11] are TERMINATED as moot.

SO ORDERED.

DATED: April 28, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE